Filed By The Clerk

UNITED STATES DISTRICT COURT

FOR

DISTRICT OF MINNESOTA

**U.S.A. vs.:** Gary Sigmund Corum **Docket No.:** 01-236 (JRT)

**Petition for Action on Conditions of Pretrial Release**

**COMES NOW** Ken Harrington , Pretrial Services Officer, presenting an official report upon the conduct of defendant Gary Sigmund Corum and who was placed under pretrial release supervision by the Honorable Franklin L. Noel sitting in Court at Minneapolis , Minnesota on the 12th day of October 2001, under the following special conditions, in part:

The defendant shall maintain residence at a halfway house. The defendant entered ReEntry West Halfway House on September October 30, 2001, where he remains to the present.

**PRAYING THAT THE COURT WILL ORDER that defendant's bond be modified to discontinue halfway house placement. All other conditions are to remain the same.**

**ORDER OF THE COURT**

**Considered and ordered this** 3rd **day of** December**, 2004, and ordered filed and made a part of records in the above case.**

**Honorable John R. Tunheim**
**U.S. District Court Judge**

**Respectfully,**

**Ken Harrington**
**U.S. Pretrial Services Officer**

**Date: December 3, 2004**

SCANNED
DEC 3 2004
U.S. DISTRICT COURT MPLS