1856345

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

January 10, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
JAN 1 2005
MICHAEL GANS
CLERK OF COURT

Re: Gary Sigmund Corum
v. United States
No. 04-5578
(Your No. 03-2497)

CR 01-236 JRT/FLN

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

RECEIVED
JAN 18 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JAN 24 2005
U.S. DISTRICT COURT ST. PAUL